## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CALVIN HAYWARD, Individually and for others similarly situated,<br><br>v.<br><br>LARKIN ENTERPRISES, INC. | **Case No. 1:19-cv-00695**<br>**Hon. Janet T. Neff** |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Defendant Larkin Enterprises, Inc. and Plaintiff Calvin Hayward, the parties in the above-styled cause, jointly file this Agreed Stipulation of Dismissal with Prejudice to dismiss this cause of action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in support thereof show:

All matters of fact and things in controversy have now been fully and finally compromised and settled by and between the parties hereto.

This matter having come before the Court pursuant to the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the above-referenced case be and hereby is dismissed in its entirety, including any and all claims that were or could have been asserted by Plaintiff against Defendant, with prejudice, and without costs or attorneys' fees to any party.

IT IS SO ORDERED.

Dated:_____          _____
                                       JANET T. NEFF
                                       U.S. DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

/s/ William R. Liles
Michael A. Josephson
State Bar No. 24014780
William R. Liles
State Bar No. 24083395
Andrew W. Dunlap
State Bar No. 24078444
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77005
713-352-1100 – Telephone
713-352-3300 – Facsimile
adunlap@mybackwages.com
mjosephson@mybackwages.com
wliles@mybackwages.com

AND

Richard J. (Rex) Burch
State Bar No. 24001807
Fed. Id. 21615
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

AND

Jennifer L. McManus (P65976)
Local Attorney for Plaintiff
25892 Woodward Avenue
Royal Oak, MI 48067-0910
(248) 542-6300
jmcmanus@faganlawpc.com

**Attorneys In Charge For Plaintiff**

/s/ Alexis Martin
Alexis Martin (P80817)
Ogletree, Deakins, Nash, Smoak & Stewart, PLLC
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
(248) 723-6133
alexis.martin@ogletree.com

AND

Melissa A. Hewey
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 772-1941
mhewey@dwmlaw.com

**Attorneys for Defendant Larkin Enterprises**