## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CALVIN HAYWARD, Individually and for others similarly situated,<br><br>v.<br><br>LARKIN ENTERPRISES, INC. | Case No. 1:19-cv-00695<br>Hon. Janet T. Neff |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Defendant Larkin Enterprises, Inc. and Plaintiff Calvin Hayward, the parties in the above-styled cause, jointly file this Agreed Stipulation of Dismissal with Prejudice to dismiss this cause of action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in support thereof show:

All matters of fact and things in controversy have now been fully and finally compromised and settled by and between the parties hereto.

Therefore, the parties stipulate to the dismissal of the above-referenced in its entirety, including any and all claims that were or could have been asserted by Plaintiff against Defendant, with prejudice, and without costs or attorneys' fees to any party.

This Order is a Final Order that closes the case.

Dated:  January 16, 2020

| | |
|---|---|
| /s/William R. Liles | /s/ Alexis Martin |
| Michael A. Josephson | Alexis Martin (P80817) |
| State Bar No. 24014780 | Ogletree, Deakins, Nash, Smoak & Stewart, PLLC |
| William R. Liles | 34977 Woodward Avenue, Suite 300 |
| State Bar No. 24083395 | Birmingham, MI 48009 |
| Andrew W. Dunlap | (248) 723-6133 |
| State Bar No. 24078444 | alexis.martin@ogletree.com |
| **JOSEPHSON DUNLAP LAW FIRM** | |
| 11 Greenway Plaza, Suite 3050 | AND |
| Houston, Texas 77005 | |
| 713-352-1100 – Telephone | Melissa A. Hewey |
| 713-352-3300 – Facsimile | Drummond Woodsum |
| adunlap@mybackwages.com | 84 Marginal Way, Suite 600 |
| mjosephson@mybackwages.com | Portland, ME 04101 |
| wliles@mybackwages.com | (207) 772-1941 |
| | mhewey@dwmlaw.com |
| AND | |
| | **Attorneys for Defendant Larkin Enterprises** |
| Richard J. (Rex) Burch | |
| State Bar No. 24001807 | |
| Fed. Id. 21615 | |
| **BRUCKNER BURCH, P.L.L.C.** | |
| 8 Greenway Plaza, Suite 1500 | |
| Houston, Texas 77046 | |
| 713-877-8788 – Telephone | |
| 713-877-8065 – Facsimile | |
| rburch@brucknerburch.com | |

AND

Jennifer L. McManus (P65976)
Local Attorney for Plaintiff
25892 Woodward Avenue
Royal Oak, MI 48067-0910
(248) 542-6300
jmcmanus@faganlawpc.com

**Attorneys In Charge For Plaintiff**